Jim D. Smith
Attorney at Law
221 S. Second Avenue
Yuma, Arizona 85364
(928) 783-7809
Attorney No. 2661

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) Case No. B-07-00589-YUM-JMM |
| AARON A. GANSER, | ) |
| | ) TRUSTEE'S APPLICATION FOR |
| Debtor. | ) ORDER FOR PAYMENT OF UNCLAIMED |
| | ) FUNDS TO U.S. BANKRUPTCY COURT |
| | ) |

JIM D. SMITH, Trustee, reports that the following dividend check has been issued and returned from the U.S. Postal Service marked “Return to Sender Attempted - Not Known Unable to Forward”:

| **CHECK #** | **DATE ISSUED** | **NAME & ADDRESS** | **AMOUNT** |
|---|---|---|---|
| 11001 | 1/19/2011 | Aaron Ganser<br>1458 W. 14th Street<br>Yuma, Arizona 85364 | $ 161.16 |

The Trustee requests that an Order be entered pursuant to §347(a) of the Bankruptcy Code, directing the Trustee to pay over the amount of **$161.16** to the Clerk of the Bankruptcy Court to be deposited in the Registry thereof.

DATED: January 25, 2011

/s/ Jim D. Smith
Jim D. Smith, Trustee